TOMAS E. MARGAIN, Bar No. 193555          *E-Filed: May 26, 2015*
HUY TRAN, Bar No. 288196
Justice at Work Law Group
84 West Santa Clara Street, Suite 790
San Jose, CA 95113
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Tomas@JAWLawGroup.com
Huy@JAWLawGroup.com

Attorneys for Plaintiffs
AMADO PICHARDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AMADO PICHARDO,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALBA RESTAURANT SERVICES, INC.<br>and ALDO MARESCA,<br><br>Defendants. | Case No.  5:15-CV-00515 HRL<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE; REQUEST THAT MATTER BE DISMISSED AND THAT CLERK CLOSE FILE; [PROPOSED] ORDER**<br><br>**Complaint Filed: February 03, 2015** |

TO THE COURT AND ALL PARTIES TO THIS ACTION:

    NOTICE IS HEREBY given that Plaintiff AMADO PICHARDO hereby requests that

Defendants ALBA RESTAURANT SERVICES, INC. and ALDO MARESCA be Dismissed with

prejudice.  This notice is accompanied by the declaration of counsel and proposed order.

1

**NOTICE OF DISMISSAL**

Dated: May 11, 2015

*//s//Tomas E. Margain//s//*
Tomas E. Margain
Huy Tran
JUSTICE AT WORK LAW GROUP
Attorneys for Plaintiff
AMADO PICHARDO


## DECLARATION OF TOMAS E. MARGAIN

I, Tomas E. Margain, declare as follows:

1.      I am the attorney of record for Plaintiff AMADO PICHARDO in this case.  I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify thereto.

2.      After being sued, Defendants hired Roger Mason of SWEENEY, MASON, WILSON & BOSOMWORTH.  I was able to settle my client's dispute over the course of several negotiations conferences with Mr. Mason.

3.      The matter was settled prior to Defendants entering an appearance and as such I cannot submit a stipulation and order to Dismiss with prejudice.

4.      I have the authority of my client to have this case Dismissed with Prejudice.


    I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, executed on May 11, 2015 in San Jose, California.

                                *//s// Tomas Margain*
                                Tomas E. Margain

**NOTICE OF DISMISSAL**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Based on GOOD CAUSE shown and upon the Notice and Declaration of Plaintiff's counsel Tomas E. Margain, the Court orders as follows:

The matter is Dismissed with Prejudice.  All calendared dates are hereby vacated and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED: May 48, 2015

_____
THE HONORABLE HOWARD R. LLOYD
Magistrate Judge

**NOTICE OF DISMISSAL**

3